UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHAN OUELLETTE, JESI AN E. RODRIGUEZ, GREGG STAPPAS, AND CB HOME, INC., individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPITAL ONE FINANCIAL CORPORATION, CAPITAL ONE, N.A., CAPITAL ONE BANK (USA), N.A., AMAZON.COM, INC., and AMAZON WEB SERVICES, INC.,<br><br>Defendants. | Case No. 2:19-cv-01203<br><br>**STIPULATED MOTION AND ORDER TO STAY** |

## STIPULATION

Pursuant to LCR 7(d)(1) and LCR 10(g), the parties hereby request that the Court stay all proceedings and deadlines in this action pending resolution of the motions for transfer and consolidation under 28 U.S.C. § 1407 that are currently pending before the Judicial Panel on Multidistrict Litigation ("JPML"). The JPML will hear oral argument on the Section 1407 motions on September 26, 2019, and Defendants Capital One Financial Corporation, Capital One, N.A., and Capital One Bank (USA), N.A. (collectively, "Capital One") anticipate an order regarding transfer and consolidation of this case and other related cases to be issued shortly thereafter. All the other parties in this action, including Plaintiffs and Defendants Amazon.com,

STIPULATED MOTION AND ORDER TO STAY - 1

MILLER NASH GRAHAM & DUNN LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

Inc. and Amazon Web Services, Inc., agree to the requested stay.

This case is one of over 45 putative class actions filed in connection with the cyber incident that Capital One announced on July 29, 2019. Plaintiffs filed the Complaint in this case on August 1, 2019; Capital One was served on August 5, 2019; and Capital One's deadline to answer or respond to the Complaint is currently August 26, 2019.

On July 31, 2019, plaintiffs in a related case pending in this District, *Fadullon v. Capital One Financial Corporation, et al.*, Case No. 2:19-cv-01189 (W.D. Wash., filed July 30, 2019), filed a motion for consolidation and transfer under 28 U.S.C. § 1407 with the JPML in *In re Capital One Consumer Data Breach Litigation*, MDL No. 2915 (J.P.M.L. July 31, 2019) ("*In re Capital One*"). *See In re Capital One*, Dkt. No. 1. That motion seeks to have related actions arising out of the Capital One cyber incident, including this case, consolidated with the *Fadullon* case and transferred to this District for pretrial proceedings. Subsequently, plaintiffs in other related cases have filed briefs in the *In re Capital One* matter that support transfer and consolidation, but seek other transferee courts, including the Eastern District of Virginia, Alexandria Division (*id.* at Dkt. Nos. 5 and 7) and the District of the District of Columbia (*id.* at Dkt. No. 8). Numerous notices of related actions have also been filed in *In re Capital One*, and additional related cases continue to be filed and are in the process of being noticed to the JPML as potential tag-along actions.

Given that over 45 putative class actions have been filed, all related to the same underlying event and asserting the same or substantially similar factual allegations, the JPML is highly likely to grant the motions for transfer and consolidation. If it does, to conserve the parties' resources and promote judicial economy, this case will be consolidated with the other putative class actions for centralized pretrial proceedings in a single transferee court. Under these circumstances, "[c]ourts frequently grant stays pending a decision by the MDL Panel regarding whether to transfer a case." *Good v. Prudential Ins. Co. of Am.*, 5 F.Supp.2d 804, 809 (N.D. Cal. 1998); *see Short v. Hyundai Motor Am. Inc.*, No. C19-0318JLR, 2019 WL 3067251 (W.D. Wash. July 12, 2019) (granting stay pending JPML's resolution of Section 1407 motion); *Gonzalez v.*

STIPULATED MOTION AND ORDER TO STAY - 2

MILLER NASH GRAHAM & DUNN LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

*Merck & Co.*, No. CV-07-3034-LRS, 2007 WL 2220286, at *2 (E.D. Wash. Aug. 2, 2007) (granting defendant's motion to stay pending transfer decision and noting that "well settled case law . . . dictates a stay should be granted to promote judicial economy"); *Rivers v. Walt Disney Co.*, 980 F. Supp. 1358, 1362 (C.D. Cal. 1997) (granting stay pending JPML's ruling because "a majority of courts have concluded that it is often appropriate to stay preliminary pretrial proceedings while a motion to transfer and consolidate is pending with the MDL Panel"); *Bonefant v. R.J. Reynolds Tobacco Co.*, No. 07-60301-CIV, 2007 WL 2409980, at * 1 (S.D. Fla. July 31, 2007) ("[I]t is common practice for courts to stay an action pending a transfer decision by the JPML."). In fact, Capital One has already successfully moved to stay numerous cases related to the cyber incident, and to date no court has denied a request to stay a case related case. *See, e.g., Heath, et al. v. Capital One Financial Corp., et al.*, 3:19-cv-555-JAG, Dkt. No. 14 (E.D. Va. Aug. 16, 2019) (order staying nine related cases pending decision from the JPML); *Hilker v. Capital One Financial Corp., et al.*, No. 1:19-cv-995-RDA-JFA Dkt. No. 15 (E.D. Va. Aug. 16, 2019) (order staying related case pending decision from the JPML).

Here, too, a short stay of proceedings until the JPML resolves the pending Section 1407 motions will promote judicial economy and sound judicial administration, avoid duplicative pretrial proceedings and potentially inconsistent pretrial rulings, and prevent prejudice to all parties.

IT IS SO STIPULATED.

DATED this 21st day of August, 2019.

Respectfully submitted,

*s/Steven A. Miller*
Steven A. Miller, WSBA No. 30388
*s/Daniel J. Oates*
Daniel J. Oates, WSBA No. 39334
*s/Kellen A. Hade*
Kellen A. Hade, WSBA No. 44535
MILLER NASH GRAHAM & DUNN LLP
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA 98121-1128

STIPULATED MOTION AND ORDER TO STAY - 3

MILLER NASH GRAHAM & DUNN LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

```
 1                          Tel:  (206) 624-8300
                            Fax:  (206) 340-9599
 2                          Email: steve.miller@millernash.com
                                   dan.oates@millernash.com
 3                                 kellen.hade@millernash.com

 4                          Attorneys for Capitol One Defendants

 5                          Stipulation agreed to by:

 6
                            s/ Jeffrey A. Ware
 7                          Jeffrey A. Ware, WSBA No. 43779

 8                          FENWICK & WEST LLP
                            1191 Second Avenue, 10th Floor
 9                          Seattle, WA 98101
                            Tel:  (206) 389-4510
10                          Fax:  (206) 389-4511
                            Email: jware@fenwick.com
11
                                   Attorneys for Amazon, Inc., and Amazon
12                                 Web Services, Inc.

13                          TOUSLEY BRAIN STEPHENS PLLC

14                          By: s/ Kim D. Stephens
                                Kim D. Stephens, WSBA #11984
15
                            By: s/Jason T. Dennett
16                              Jason T. Dennett, WSBA #30686

17                          By: s/ Kaleigh N.B. Powell
                                Kaleigh N.B. Powell, WSBA #52684
18
                            1700 Seventh Avenue, Suite 2200
19                          Seattle, Washington 98101
                            Tel.: 206.682.5600/Fax.: 206.682-2992
20                          Email: kstephens@tousley.com
                                   jdennett@tousley.com
21                                 kpowell@tousley.com

22

23

24

25

26

27
```

STIPULATED MOTION AND ORDER TO STAY - 4

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  |                                                                 |
| 2  |                                                                 |
| 3  | James J. Pizzirusso, *admitted pro hac vice*                    |
|    | Swathi Bojedla, *admitted pro hac vice*                         |
| 4  | Theodore F. DiSalvo, *admitted pro hac vice*                    |
|    | HAUSFELD LLP                                                    |
|    | 1700 K Street NW, Suite 650                                     |
| 5  | Washington, D.C. 20006                                          |
|    | Tel.: 202.540.7200                                              |
| 6  | jpizzirusso@hausfeld.com                                        |
|    | sbojedla@hausfeld.com                                           |
| 7  | tdisalvo@hausfeld.com                                           |
| 8  | Adam J. Levitt, *admitted pro hac vice*                         |
|    | Amy E. Keller, *admitted pro hac vice*                          |
| 9  | DICELLO LEVITT GUTZLER LLC                                      |
|    | Ten North Dearborn Street                                       |
| 10 | Eleventh Floor                                                  |
|    | Chicago, Illinois 60602                                         |
| 11 | Tel.: 312.214.7900                                              |
|    | alevitt@dicellolevit.com                                        |
| 12 | akeller@dicellolevitt.com                                       |
| 13 | Andrew N. Friedman, *admitted pro hac vice*                     |
|    | COHEN MILSTEIN SELLERS & TOLL PLLC                              |
| 14 | 1100 New York Avenue, NW, Suite 500                             |
|    | Washington, D.C. 20005                                          |
| 15 | Tel.: 202.408.4600                                              |
|    | afriedman@cohenmilstein.com                                     |
| 16 | dmcnamara@cohenmilstein.com                                     |
|    | ekafka@cohenmilstein.com                                        |
| 17 | kputtieva@cohenmilstein.com                                     |
| 18 | E. Michelle Drake, *admitted pro hac vice*                      |
|    | BERGER MONTAGUE, PC                                             |
| 19 | 43 SE Main Street, Suite 505                                    |
|    | Minneapolis, MN 55414                                           |
| 20 | Tel.: 612.594.5933                                              |
|    | emdrake@bm.net                                                  |
| 21 |                                                                 |
|    | Daniel L. Warshaw, *admitted pro hac vice*                      |
| 22 | Matthew A. Pearson, *admitted pro hac vice*                     |
|    | PEARSON, SIMON & WARSHAW, LLP                                   |
| 23 | 15165 Ventura Boulevard, Suite 400                              |
|    | Sherman Oaks, California 91403                                  |
| 24 | Tel.: 818.788.8300                                              |
|    | dwarshaw@pswlaw.com                                             |
| 25 | mapearson@pswlaw.com                                            |
| 26 | *Counsel for Plaintiffs and the Classes*                        |

STIPULATED MOTION AND ORDER TO STAY - 5

**MILLER NASH GRAHAM & DUNN** LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

**ORDER**

IT IS ORDERED.

Dated this 29th day of August, 2019.

_____
Mary Alice Theiler
United States Magistrate Judge

STIPULATED MOTION AND ORDER TO STAY - 6

MILLER NASH GRAHAM & DUNN LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599